UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| JEFFREY BLAIR,<br><br>         Plaintiff,<br><br>vs.<br><br>ANDREW LIVINGSTON,<br><br>         Defendant. | CIVIL ACTION FILE<br><br>NO. 2:13-cv-134-WCO |

### DEFAULT JUDGMENT

The defendant ANDREW LIVINGSTON, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, William C. O'Kelley, Senior United States District Judge, by order of March 11, 2014, having directed that judgment issue in favor of plaintiff and against the defendant(s), it is hereby

ORDERED AND ADJUDGED, that the plaintiff JEFFREY BLAIR, recover from the defendant ANDREW LIVINGSTON, the amount of $3,885.00, plus interest at the rate of .13%.

Dated at Gainesville, Georgia this 11th day of March, 2014.

                                                            JAMES N. HATTEN
                                                            CLERK OF COURT

                                         By:    s/Stacey Kemp
                                                     Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   March 11, 2014
James N. Hatten
Clerk of Court

By:    s/Stacey Kemp
        Deputy Clerk